**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARCUS ALLEN**                                                                                **PLAINTIFF**
**Reg. #28545-009**

**VS.**                                                       **4:20-CV-00504-BRW**

**RYAN BECKER,** *et al***.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice, for

failure to state a claim upon which relief may be granted.[1]  Dismissal constitutes a strike.[2]

I certify that an *in forma pauperis* appeal of this dismissal would be frivolous and would

not be taken in good faith.[3]

IT IS SO ORDERED this 27th day of May, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915A.

[2] 28 U.S.C. § 1915(g).

[3] 28 U.S.C. § 1915(a)(3).